Decided February 14, 2008

JAMES P. PURCELL ASSOCIATES, INC. *v.* J. MARTIN HENNESSEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 1 (AC 27515), is denied.

PALMER, ZARELLA and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Steven W. Varney,* in support of the petition.

*Jenna N. Sternberg,* in opposition.

Decided February 14, 2008